UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY E. WHITE, )
)
    Plaintiff, )
)
v. ) Case No. 5:13-cv-00684-F
)
CATERPILLAR INC. ) **DEFAULT JUDGEMENT**
)
    Defendant. ) **Rule 55 (a)(b)(1)(2)**

## PLAINTIFF'S MOTION FOR JUDGEMENT BY DEFAULT WITHOUT A HEARING

Plaintiff (Anthony White) ask before the honorable Clerk of Court to enter Default law Rule 55 (a)(b)(1)(2) default against Defendant ( Caterpillar Inc & Caterpillar Logistics Inc) for failure to answer or plead to docket 13 nor docket 16 as required by law within 21 days.

Default may be served on the Defendant (Caterpillar Inc. & Caterpillar Logistics Inc) at 100 N.E. Adams Street Peoria, IL 61629 & 954 State Highway 42 Clayton, NC 27527

| | |
|---|---|
| Punitive damages | $550,000 |
| Emotional damages | $350,000 |
| Pain and Suffering damages | $350,000 |
| Character Assassination | $350,000 |
| Past and Future wage loss | $400,000 |

Conclusion:

The Defendant failed to respond in the required time frame allowed by law and court. The defendant has neglected the Court of Law by not responding on time just as the defendant neglected Plaintiff's complaints.

**WHEREFORE,** Plaintiff respectfully request that this honorable court enter judgment by default without a hearing against the Defendants;

Respectfully submitted this _03_ day of January, 2014.


ANTHONY E. WHITE

By <u>s/ Anthony E. White</u>
    Anthony E. White
    103 Rock River Road
    Morrisville, North Carolina ,27560

*Pro Se Plaintiff*


Date: January 3, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JAN 0 3 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

ANTHONY E. WHITE,  )
  )
   Plaintiff,  )
  )
v.  ) Case No. 5:13-cv-00684-F
  )
CATERPILLAR INC.  )
  )
   Defendant.  )

## CERTIFICATE OF SERVICE

I certify that on January 3, 2014, I served a true and correct copy of Rule 55 (a)(b)(1)(2) **MOTION FOR JUDGEMENT BY DEFAULT WITHOUT A HEARING** via first class U.S. mail, with adequate postage prepaid, addressed as follows:

Caterpillar Inc. & Caterpillar Logistics Inc.

| | |
|---|---|
| John T Murray | John I. Mabe |
| SEYFARTH SHAW LLP | Nexsen Pruet, PLLC |
| 1075 Peachtree Street, N.E. | 4141 Parklane Ave. |
| Atlanta, GA 30309 | Raleigh, NC 27612 |
| (404) 885-1500 | (919) 653-7819 |

*/s/ Anthony White*