UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY E. WHITE, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No.: 5:13-cv-00684-F |
| CATERPILLAR INC., | ) ) ) |
|     Defendant. | ) |

## MOTION TO SET OR EXTEND TIME FOR A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Caterpillar Inc. ("Defendant"), pursuant to L.R. 6.1 and F.R. Civ. P. 6 (b)(1), respectfully moves this Court as follows:

1. Defendant moves the Court for an order setting the time within which Defendant may answer or file a responsive pleading to the Amended Complaint [Docket No. 13], in view of the fact that the order allowing amendment of the Complaint was entered on December 31, 2013, but the now-active amendment was served on November 25, 2013. Defendant interprets the timeline for response to allow fourteen (14) days from the date of the order allowing the amendment, which would be January 14, 2014.

2. In the alternative, should it be the order of this Court that an answer to the pleading was due within fourteen (14) days of the date of the pleading (as apparently contended by the plaintiff), then Defendant moves the Court pursuant to F.R.Civ.P. 6 for an order extending until January 14, 2014 the time within which Defendant may serve an answer or responsive pleading to Plaintiff's First Amended Complaint.

3.  In view of Plaintiff's motion to default Defendant for failing to answer the amended complaint, as embodied in the Motion to Proceed and Response [docket entry 13], Defendant has not sought Plaintiff's consent to this motion. An argument supporting this motion is included within Defendant's Brief in Opposition to Plaintiff's motion for entry of judgment by default, filed herewith.

This the 13th day of January, 2014.

By: /s/ John T. Murray
John T. Murray
Georgia Bar No. 531998
Email: jmurray@seyfarth.com
Christina F. Meddin
Georgia Bar No. 135969
Email: cmeddin@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

By: /s/ John I. Mabe
John I. Mabe
N.C. State Bar No. 9355
Email: jmabe@nexsenpruet.com
Nexsen Pruet, PLLC
4141 Parklake Avenue
Suite 200
Raleigh, North Carolina 27612
Telephone: (919) 653-7819
Facsimile: (919) 653-0435

Local Civil Rule 83.1 Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY E. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:13-cv-00684-F |
| | ) |
| CATERPILLAR INC. | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I certify that on January 13, 2014, I served a true and correct copy of the attached Motion via first class U.S. mail, with adequate postage prepaid, addressed as follows:

> Anthony E. White, *pro se Plaintiff*
> 103 Rock River Road
> Morrisville, North Carolina 27560

/s/ John T. Murray
Counsel for Defendant