UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY E. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:13-cv-00684-F |
| CATERPILLAR INC. | ) MOTION TO GRANT DEFAULT JUDGEMENT |
| Defendant. | ) Rule 55 (a)(b)(1)(2) |

## PLAINTIFF'S MOTION TO GRANT JUDGEMENT BY DEFAULT

Plaintiff (Anthony White) ask before the honorable Court to grant Default law Rule 55 (a)(b)(1)(2) default against Defendant (Caterpillar Inc/Caterpillar Logistics Inc) for failure to answer or plead to docket 13 as required in Local Rule 7.1.(e) also provided for in Fed. R. Civ. P. 55(a) and 55(b)(1)(2) law within 21 days (*McILWAINE, Plaintiff, v. Kenneth T. WILLIAMS.*).

The Plaintiff is requesting the courts grant the default judgment in the summons amount:

| | |
|---|---|
| Punitive damages | $550,000 |
| Emotional damages | $350,000 |
| Pain and Suffering damages | $350,000 |
| Character Assassination | $350,000 |
| Past and Future wage loss | $400,000 |

Conclusion:

The judgment by default has merits to support:

A. The Defendant failed to respond in the required time frame regarding docket 13 that's enforced by the local rule 7.1.(e) and Federal Rule Procedures 55(a)(b)(1)(2) court.
B. The defendant failed to file a financial disclosure statement with the Answer and Affirmative defense responds and Notice of Appearance as required Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.3.
C. The defendant has not been cooperative with many attempts to settle with plaintiff.
D. The defendant lacks a defense for this case.
E. The defendant failed to take effective action to improve the hostile work environment to correct their actions.
F. The plaintiff made numerous internal complaints to the defendant's management team about the discomfort from the harassment, retaliation, and discriminatory acts.
G. The plaintiff provided the court along with the defendant with accurate documents, emails, and conversations to best of my knowledge.
H. The defendant has neglected the Law of the courts by not responding on time just as the defendant neglected the Plaintiff's complaints asking for change in the work place.

**WHEREFORE,** Plaintiff respectfully request that this honorable court grant judgment by default without a hearing against the Defendants affected immediately,

      Respectfully submitted this _13_ day of January, 2014.

ANTHONY E. WHITE

By <u>s/ Anthony E. White</u>
   Anthony E. White
   103 Rock River Road
   Morrisville, North Carolina ,27560

   *Pro Se Plaintiff*

Date: January 13, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY E. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:13-cv-00684-F |
| | ) |
| CATERPILLAR INC. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on January 13, 2014, I served a true and correct copy of Rule 55 (a)(b)(1)(2) **MOTION TO GRANT JUDGEMENT BY DEFAULT WITHOUT A HEARING** via first class U.S. mail, with adequate postage prepaid, addressed as follows:

Caterpillar Inc./Caterpillar Logistics Inc.

| John T. Murray | Christina F. Meddin | John I Mabe |
|---|---|---|
| Seyfarth Shaw LLP | Seyfarth Shaw LLP | Nexsen Pruet, PLLC |
| 1075 Peachtree Street, N.E. | 1075 Peachtree Street, N.E | 4141 Parklane Ave. |
| Suite 2500 | Suite 2500 | Suite 200 |
| Atlanta, GA 30309 | Atlanta, GA 30309 | Raleigh, NC 27612 |
| 404 885 1500 | 404 885 1500 | 919 653 7819 |

[signature]