FILED

APR 1 4 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY E. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR LOGISTICS INC.<br><br>    Defendant. | Case No. 5:13-cv-00684-F<br><br>**MOTION FOR MEDIATION** |

## PLAINTIFF'S MOTION FOR MEDIATION CONFERENCE

Plaintiff (Anthony White) ask before the honorable Clerk of Court to order mediation between the parties in accordance with the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION in good faiths. Plaintiff is requesting mediator Ann Anderson be appointed as the mediator. Mrs. Anderson available dates for services are April 23 or 24 in Raleigh. Plaintiff is requesting both parties divide cost for mediator. Plaintiff believes this is a good method outside of court to resolve the case. Both parties will agree with a mutual location for the mediation.

**WHEREFORE,** Plaintiff respectfully request that this honorable court to grant MEDIATION CONFERENCE between the Plaintiff and Defendant;

Respectfully submitted this _14_ day of April, 2014.


ANTHONY E. WHITE


By s/ Anthony E. White
    Anthony E. White
    103 Rock River Road
    Morrisville, North Carolina ,27560

*Pro Se Plaintiff*


Date: April 14, 2014

Date: April 14, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY E. WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:13-cv-00684-F |
| CATERPILLAR LOGISTIC INC. | ) ) ) |
| Defendant. | ) ) |

## **CERTIFICATE OF SERVICE**

I certify that on April 14, 2014, I served a true and correct copy of MEDIATION via first class U.S. mail, with adequate postage prepaid, addressed as follows:

Caterpillar Inc. & Caterpillar Logistics Inc.

| John T. Murray | Christina F. Meddin | John I Mabe |
|---|---|---|
| Seyfarth Shaw LLP | Seyfarth Shaw LLP | Nexsen Pruet, PLLC |
| 1075 Peachtree Street, N.E. | 1075 Peachtree Street, N.E | 4141 Parklane Ave. |
| Suite 2500 | Suite 2500 | Suite 200 |
| Atlanta, GA 30309 | Atlanta, GA 30309 | Raleigh, NC 27612 |
| 404 885 1500 | 404 885 1500 | 919 653 7819 |