UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
MAY 0 9 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| ANTHONY E. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:13-cv-00684-F |
| ) | |
| CATERPILLAR LOGISTICS INC. ) | **MOTION FOR SETTLEMENT CONFERENCE** |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE

Plaintiff (Anthony White) asks before the honorable Clerk of Court for a settlement conference between the parties in accordance with the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION rules in good faith. Plaintiff is requesting the conference is with Senior United States District Judge James C. Fox or United States Magistrate Judge Robert B. Jones Jr. via telephone or at the Federal District Court House in Wilmington, North Carolina. Plaintiff has tried numerous times to settle with the defendant however it has been unsuccessful.

The defendant states the original operative complaint in this case is not the operative complaint which is not true it clearly states in (Doc 22). The defendant is also stating the 3 day rule should apply to a summons served by a United States Federal Marshall to the Clayton, North Carolina plant on October 18, 2013 and the deadline was Friday November 8, 2013 @ 11:59pm. The rules states all MOTIONS NOT summons/complaints may have the 3 day rule (the **summons/complaint** is not a motion the 3 day rule is not applicable).

When we think of the law we don't think of Hypocrisy or a bailout when someone has failed to do the right thing or required acts. The Civil Rights federal law was broken by this company, I was belittled, denied employment opportunities, called names (little black monkey), retaliated against, demoted and then fired. Why? Because I was a African American looking to progress in life. I went to college in order to make a change in my life and contribute a positive image to society. Instead I had to pawn my wedding ring my wife's wedding ring, have my wife leave me and my kids, I had to sale my furniture, stand in lines waiting on assistances for help with food and utilities and enhancing debt. I didn't sign up for this when I graduated from college and began working for Caterpillar. I have truly hit rock bottom I thought of committing suicide numerous of times, But with GOD in my corner he have healed the pain. I would not wish this on anyone I just want to move on with my life.

I am not a Lawyer I could not afford an attorney because of the devastating situation the defendant has put me and my family in. I am not a liar everything I have placed in my complaint, motions, and response are True and have come from interaction and merits. I am trying to move on with my life and leave this entire nightmare behind.

I original requested 2 years severance pay, a letter of recommendation and grant my unemployment or reasonable offer. All three requests was probably going to be paid by Caterpillar's insurance company but they refused to allow it, Instead they prefer to pay attorney fees and court fees and other charges instead of settling with me so I can move on with my life. This clearly shows what type of company I've worked for, and I would not recommend them to anyone nor want to work for them again. I am requesting Caterpillar apologize for their wrong doing, have CLI management team attend a 2 to 3



day training on discrimination, retaliation and harassment classes instead of 2 hours training and provide 1.5 years severance pay package monetary only total of $46,956.00. I (Anthony E. White) Plaintiff is requesting the honorable Clerk of Court make me whole.

3oF 5

**WHEREFORE,** Plaintiff respectfully request that this honorable court grant the settlement conference;

Respectfully submitted this _09_ day of May, 2014.

ANTHONY E. WHITE

By s/ Anthony E. White
    Anthony E. White
    103 Rock River Road
    Morrisville, North Carolina ,27560

*Pro Se Plaintiff*

Date: May 9, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY E. WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CATERPILLAR LOGISTIC INC. )<br>)<br>Defendant. ) | Case No. 5:13-cv-00684-F |

## CERTIFICATE OF SERVICE

I certify that on May 09, 2014, I served a true and correct copy of Settlement Conference via first class U.S. mail, with adequate postage prepaid, addressed as follows:

### Caterpillar Inc. & Caterpillar Logistics Inc.

| John T. Murray | Christina F. Meddin | John I Mabe |
|---|---|---|
| Seyfarth Shaw LLP | Seyfarth Shaw LLP | Nexsen Pruet, PLLC |
| 1075 Peachtree Street, N.E. | 1075 Peachtree Street, N.E | 4141 Parklane Ave. |
| Suite 2500 | Suite 2500 | Suite 200 |
| Atlanta, GA 30309 | Atlanta, GA 30309 | Raleigh, NC 27612 |
| 404 885 1500 | 404 885 1500 | 919 653 7819 |