UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY E. WHITE, | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 5:13-cv-00684-F |
| | ) | |
| v. | ) | |
| | ) | |
| CATERPILLAR LOGISTICS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that on June 30, 2014, I served a true and correct copy of **DEFENDANT'S AMENDED NOTICE OF DEPOSITION OF PLAINTIFF ANTHONY E. WHITE** via first class U.S. mail, with adequate postage prepaid, addressed as follows:

>Anthony E. White
>103 Rock River Road
>Morrisville, North Carolina 27560

>/s/ John I. Mabe
>Counsel for Defendant

17526083v.1