UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-684-F

| | | |
|---|---|---|
| ANTHONY E. WHITE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CATEPILLAR INC., | ) | |
|     Defendant. | ) | |
| | ) | |

This matter is before the court on the pro se Plaintiff's revised motion for default judgment [DE-39], and his motions for settlement conference [DE-41, -46]. The court has already explained to the Plaintiff why default judgment is not appropriate in this case. *See* Order [DE-38]. With respect to the motions for settlement conference, the Plaintiff has failed to comply with the court's local rules requiring that civil motions be accompanied by a memorandum of law in support of the motion. Local Civ. R 7.1. Moreover, the motions themselves all simply request that the court order a settlement conference, without any attempt by the Plaintiff to show the legal or factual basis justifying the requested relief. The Plaintiff's motions [DE-39, -41, -46] are all frivolous, they are all DENIED, and the plaintiff is cautioned that further vexatious motions practice such as this may result in monetary sanctions being imposed against him.

SO ORDERED.

This the 2 day of September, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge