UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY E. WHITE, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 5:13-cv-00684-F |
| | ) | |
| v. | ) | |
| | ) | |
| CATERPILLAR LOGISTICS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Caterpillar Logistics Inc. ("CLI"), by and through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7.1, hereby submits this Motion for Summary Judgment.

The grounds for this Motion are more fully stated in the Memorandum of Law In Support of Defendant CLI's Motion for Summary Judgment, filed contemporaneously herewith and which is incorporated herein by reference. In support of this Motion, Defendant CLI tenders excerpts of the transcript of Plaintiff's deposition and exhibits thereto, attached to the Memorandum as Exhibit A, and the Declaration of Terrill Merritt and exhibits thereto, attached to the Memorandum as Exhibit B. Because there are no genuine issues of material fact, Defendant CLI respectfully requests that summary judgment pursuant to Rule 56 be granted in its favor.

This 2nd day of September, 2014.

        By /s/ John T. Murray
           John T. Murray
           Georgia Bar No. 531998
           Email: jmurray@seyfarth.com
           Christina F. Meddin
           Georgia Bar No. 135969
           Email: cmeddin@seyfarth.com
           SEYFARTH SHAW LLP
           1075 Peachtree Street, N.E., Suite 2500
           Atlanta, Georgia 30309-3962
           Telephone: (404) 885-1500
           Facsimile: (404) 892-7056

        By: /s/ John I. Mabe
           John I. Mabe
           N.C. State Bar No. 9355
           Email: jmabe@nexsenpruet.com
           Nexsen Pruet, PLLC
           4141 Parklake Avenue, Suite 200
           Raleigh, North Carolina 27612
           Telephone: (919) 653-7819
           Facsimile: (919) 653-0435

           Local Civil Rule 83.1 Counsel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY E. WHITE, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 5:13-cv-00684-F |
| | ) | |
| v. | ) | |
| | ) | |
| CATERPILLAR LOGISTICS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that on September 2, 2014, I served a true and correct copy of the attached **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** via first-class U.S. mail, with adequate postage prepaid, addressed as follows:

    Anthony E. White, pro se Plaintiff
    1460 Distribution Drive
    Apt. No. 8311
    Suwanee, Georgia 30024

                            /s/ John I. Mabe
                            Counsel for Defendant