UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
OCT 0 9 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| ANTHONY E. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:13-cv-00684-F |
| CATERPILLAR LOGISTICS INC. | ) Response to Summary Judgment |
| Defendant. | ) |

## PLAINTIFF'S REPLY TO DEFENDANTS' CATERPILLAR LOGISTICS INC. MOTION FOR SUMMARY JUDGMENT

Plaintiff (Anthony E. White) filed a complaint with EEOC on July 15, 2013 protected under *Title VII of the Civil Rights Act of 1964 (Pub. L. 88-352) (Title VII), as amended as it appears in volume 42 of the United States Code, beginning at section 2000e.(42 U.S.Code § 1997d-Prohibition of retaliation and 42 U.S.Code neglect § 1986)* This motion have addressed laws that are in action to protect those from discrimination, harassment and retaliation in the workplace. In support of this reply motion attached (Exhibit A) EEOC mediation letter, EEOC right to sue letter, (Exhibit B) interviews for employment with caterpillar inc and caterpillar logistics inc employees, (Exhibit C) Plaintiff's individual profile and graph, (Exhibit D) Plaintiff's interview protected under law, (Exhibit E) review class email (Exhibit F) Plaintiff's performance review, (Exhibit G) defendant's employment policies, (Exhibit H) Byran Keen email to management, (Exhibit I) Plaintiff's email to HR (Exhibit J) Mr. Merritt's email to management, (Exhibit K) deposition corrections.

.**WHEREFORE** I Plaintiff respectfully request that the Courts dismiss the defendant's summary judgment and proceed to trial or other alternatives.

Respectfully submitted this _7_ day of October 2014.

ANTHONY E. WHITE

By s/ Anthony E. White
  Anthony E. White
  1460 Distribution # 8311
  Suwanee, GA 30024

  *Pro Se Plaintiff*

Date: October 7, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY E. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CATERPILLAR LOGISTIC INC. | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I certify that on October 7, 2014, I served a true and correct copy of Response to Summary Judgment via first class U.S. mail, with adequate postage prepaid, addressed as follows:

<u>Caterpillar Inc. & Caterpillar Logistics Inc.</u>

| John T. Murray | Christina F. Meddin | John I Mabe |
|---|---|---|
| Seyfarth Shaw LLP | Seyfarth Shaw LLP | Nexsen Pruet, PLLC |
| 1075 Peachtree Street, N.E. | 1075 Peachtree Street, N.E | 4141 Parklake Ave. |
| Suite 2500 | Suite 2500 | Suite 200 |
| Atlanta, GA 30309 | Atlanta, GA 30309 | Raleigh, NC 27612 |
| 404 885 1500 | 404 885 1500 | 919 653 7819 |