UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY E. WHITE, )
    Plaintiff, )
)
v. ) **JUDGMENT**
) No. 5:13-CV-684-F
)
CATERPILLAR LOGISTICS, INC., )
    Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Caterpillar Logistics, Inc.'s Motion for Summary Judgment is ALLOWED and Plaintiff's claims are DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on December 16, 2014, and Copies To:**

Anthony E. White (1460 Distribution Drive, Apt #8311, Suwanee, GA 30024)
Christina F. Meddin (via CM/ECF Notice of Electronic Filing)
John I. Mabe, Jr. (via CM/ECF Notice of Electronic Filing)
John T. Murray (via CM/ECF Notice of Electronic Filing)

DATE                                         JULIE A. RICHARDS, CLERK
December 16, 2014                   /s/ Susan K. Edwards
                                                (By) Susan K. Edwards, Deputy Clerk